IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NELI RODAS                                                                                              PLAINTIFF

v.                                          Case No. 4:22cv-491 JM

CYPRESS PORK, LLC                                                                              DEFENDANT

## ORDER

This case is dismissed with without prejudice based on the parties' joint stipulation of dismissal.   Defendant's pending motion to dismiss (Doc. No. 2) is denied as moot.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE